UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER )INDUSTRY WELFARE FUND, et al.** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) C.A. NO.: 8:22-cv-02167-DLB ) |
| **BEACON FIRE PROTECTION INC.** | ) ) ) |
| **Defendant.`** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows.  This action was filed on August 26, 2022, by the Plaintiffs to recover delinquent amounts owed by the Defendant to the Plaintiff Funds.  Subsequently, the Defendant paid the amounts owed which the Plaintiff Funds were seeking in their Complaint.  The opposing parties have neither served an Answer nor a Motion for Summary Judgment.

Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC  20015
(202) 362-0041 – telephone
(202) 362-2640 – facsimile
cgilligan@odonoghuelaw.com


By:_____/s/_____
   Charles W. Gilligan
   Maryland Bar No. 05682
   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, has been mailed first class mail, postage prepaid, this 6th day of October, 2022, to John W. Drysdale, Jr., Registered Agent, Beacon Fire Protection, 179H Tall Oaks Drive, Weymouth, MA  02190.

/s/
Charles W. Gilligan

852442_1